UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
MARK GOODRIDGE,                      :
                                     :
                    Petitioner,      :        16cv4477 (DLC)
          -v-                        :        12cr824 (DLC)
                                     :
UNITED STATES OF AMERICA,            :               ORDER
                                     :
                    Respondent.      :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

    On August 25, 2016, this Court denied petitioner Mark
Goodridge's petition to vacate, set aside, or correct his
sentence under 28 U.S.C. § 2255.  On January 20, 2021, the
Second Circuit vacated that August 25, 2016 Order in light of
its decision in United States v. Barrett, 937 F.3d 126 (2d Cir.
2019), and remanded to this Court for further proceedings.  The
Second Circuit's mandate issued on March 15, 2021.  Accordingly,
it is hereby

    ORDERED that the parties shall confer regarding the
implications of the Second Circuit's order and the need for
further proceedings in this case.

    IT IS FURTHER ORDERED that the parties shall submit by
**April 5, 2021** a joint letter reflecting their recommendations on

the need for further proceedings in this case.

Dated:    New York, New York
          March 15, 2021

                                    DENISE COTE
                          United States District Judge